**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 01-cr-00321-01-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MARK ANTHONY GREENE,

      Defendant.

_____

**ORDER**
_____

Upon Government's Motion Pursuant to Fed.R.CrimP. 35(b) for Reduction of Sentence (Doc 1152 - filed January 20, 2006), it is

ORDERED that Defendant Greene's sentence is reduced by one year to a sentence of 89 months.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

Dated:  January 23, 2006